Sandra Lynette SPENCER, Plaintiff–Appellant,

v.

TYCO ELECTRONICS CORPORATION; Air Express International Corporation, Defendants–Appellees.

No. 03–1389.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2003.

Decided Oct. 16, 2003.

Sandra Lynette Spencer, Appellant Pro Se. Kristin Elise Toussaint, George Andrew Harper, Jackson Lewis L.L.P., Greenville, South Carolina, for Appellees.

Before MICHAEL, MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Sandra Lynette Spencer appeals the district court's orders granting Appellees' motion to dismiss and for summary judgment in her employment discrimination action and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Spencer v. Tyco Electronics Corp.*, No. 1:01 CV 00949, 2003 WL 723263 (M.D.N.C. Feb. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*